

E-filing

Jasmine L. (Benjamin)Sohal
Jacqueline L. Vaughn
975 62nd Street
Oakland, CA 94608

FILED

MAR 21 2008

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IFP

NP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASMINE L. (BENJAMIN) SOHAL,    )    Case No.: **C08-01570**
                                )
JACQUELINE L. VAUGHN,           )    **COMPLAINT FOR DAMAGES**
                                )    **(42 U.S.C. Sect. 1983)**
            Plaintiffs,         )
                                )
    vs.                         )
                                )
CALIFORNIA SUPERIOR COURT,      )
                                )
COUNTY OF ALAMEDA, SUPERIOR

COURT CLERKS OF THE STATE OF

CALIFORNIA AND DOES 1-10,

            Defendants.

DEMAND FOR JURY TRIAL

Plaintiffs alleges:

1.      This is an action brought under 42 U.S.C. Sect. 1983 to recover damages against defendants California Superior Court, County of Alameda, Superior Court Clerks and DOES 1-10 for violation of plaintiff's rights for substantial/procedural due process under the Fourteenth Amendment to the United States Constitution.

2.      The jurisdiction of this Court is predicated on 28 U.S.C. Sections 1331 and 1343.

GO 44 SEC. N
NOTICE OF ASSIGNMENT
TO MAGISTRATE JUDGE CONSENT

4.    Defendant California Superior Court, County of Alameda is, and at all times mentioned in this complaint was, a State of the United States, organized and existing under the laws of the State of California and the United States, with the capacity to sue and be sued.

5.    Defendants Superior Court Clerks of the State of California are, and at all times mentioned in this complaint were, employees of the State of California, organized and existing under the laws of the State of California and the United States, with the capacity to sue and be sued.

6.    Defendants DOES 1-10, inclusive, are sued in this complaint under fictitious names. As their true names and capacities are ascertained, plaintiff will amend this complaint by inserting their true names and capacities herein. Plaintiff are informed and believes and thereon alleges, that each of the fictitiously named defendants are responsible in some manner for the occurrences alleged in this complaint, and that plaintiff's damages as alleged in this complaint were proximately caused by those defendants.

7.    A substantial part of the events giving rise to this action occurred in Alameda County, California. Venue is therefore proper under 28 U.S.C. Sect. 1391(b).

8.    Defendant California Superior Court, County of Alameda was, at all times mentioned in this complaint, acting under color of state law.

9.    Defendants Superior Court Clerks of the State of California were, at all times mentioned in this complaint, acting under color of state law.

10.    The violation of plaintiff's federal constitutional rights were violated as set forth in Exhibit A-Attachment I.

11.    Plaintiff is informed and believes and thereon alleges that she was subjected to a violation of substantial/procedural due process under the Fourteenth Amendment to the United States Constitution, as a result of the customs, practices, and policies of defendant California Superior Court, County of Alameda.

12.    The customs, practices, and policies of defendant California Superior Court, County of Alameda described in this complaint, Exhibit A-Attachment I, amounted to deliberate

indifference to the rights of persons, such as the plaintiff, who abided by the laws, procedures, practices and Rules of Superior Court of California.

13.    As a direct and proximate result of the customs, practices, and policies of defendant California Superior Court, County of Alameda, California Superior Court Clerks and DOES 1-10, plaintiff suffered damages.

14.    Plaintiff have complied with the Government Tort Claims Act; the claim was rejected as Ltr. 47- No Jurisdiction; reference letter of rejection, a copy of which is attached hereto as Exhibit D.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

1. For compensatory damages, in an amount to be determined according to proof at trial;

2. For reasonable attorney fees, if incurred;

3. For costs of suit incurred in this action; and

4. For such other and further relief as the Court deems proper.

Dated:  March 20, 2008

Respectfully submitted,

Jasmine L. Benjamin-Sohal

Jasmine L. (Benjamin) Sohal, In Pro Per

DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial.

VERIFICATION

I, Jasmine L. Benjamin-Sohal, is the plaintiff in the above-entitled action. I have read the foregoing Complaint For Damages (42 U.S.C. Sect. 1983) and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Dated: March 20, 2008

Jasmine Benjamin-Sohal, In Pro Per

Jasmine L. (Benjamin)Sohal
975 62nd Street
Oakland, CA  94608

1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA

10

11  JASMINE L. (BENJAMIN) SOHAL,              )    Case No.:
                                             )
12              Plaintiffs,                   )    **COMPLAINT FOR DAMAGES**
                                             )    **(42 U.S.C. Sect. 1983)**
13          vs.                               )
                                             )
14  CALIFORNIA SUPERIOR COURT,                )    EXHIBIT A-
                                             )    Attachment I
15  COUNTY OF ALAMEDA, SUPERIOR               )
16  COURT CLERKS OF THE STATE OF
17  CALIFORNIA AND DOES 1-10,
18              Defendants.

19  EXHIBIT A - Attachment I.
20

21                                                        .

22

23

24

25

26

27

28

Exhibit A

# ATTACHMENT I

## COUNT I- CRIMINAL NEGLIGENCE
(AGAINST COUNTY OF ALAMEDA AND DOES 1-10)

1.  On or about June 13, 2007, Plaintiff was the victim of criminal negligence on the part of defendant's employee (name(s) unknown at this time), which consisted of the theft, destruction, alteration and falsification of Plaintiff's Alameda County Superior Court Case File/Records (Case No. RG05226329), as fully set forth in Plaintiff's Affidavit, a copy of which is attached hereto and made a part of this complaint as Exhibit A and; Witness(es) Affidavit/ Declaration, a copy of which are attached hereto and made a part of this complaint as Exhibit B.

2.  As the direct and proximate cause of the negligence described in paragraph 1, Plaintiff sustained personal injury resulting in an aggravation to a pre-existing anxiety-stress disorder. Plaintiff's injuries have caused and will continue to cause plaintiff pain and suffering.

3.  At all times pertinent hereto, the person(s) whose negligence caused the plaintiff's Injuries as described in paragraph 2 was employed by Defendant in the capacity of a clerk for the Alameda County Superior Court-Civil Records, Northern Division; location of 1225 Fallon Street, Oakland.

4.  Defendant's employee was acting in the scope of his/her employment, under Defendant's control, and in furtherance of Defendant's interests at the time his/her negligence caused Plaintiff's injuries as described in paragraph 2.

5.  As a proximate result of the negligent acts herein alleged, Plaintiff has suffered general damages.

WHEREFORE, Plaintiff prays judgment against Defendant(s), and each of them, as hereinafter set forth.

## COUNT II. - NEGLIGENCE-FAILURE TO DISCHARGE MANDATORY DUTY
(GOVT. C. SECT. 815.6)
(AGAINST COUNTY OF ALAMEDA AND DOES 1-10)

6.  Plaintiff realleges, refers to, and herein incorporates by reference, as if set out in full Paragraphs 1 through 5.

7.  At all times mentioned in this complaint, Defendant, pursuant to Govt. C. Sect. 69846,

1  was under a mandatory duty to safely keep or dispose of, according to law, all papers and records

2  filed or deposited in any action or proceeding before the court.

3      8.  Sometime prior to June 13, 2007, Defendant willfully removed, stole, destroyed,

4  altered and falsified Plaintiff's court files/records stored with the County of Alameda Superior

5  Courts-Records Department of the Northern Division; located at 1225 Fallon Street, Oakland,

6  94612.

7      9.  The mandatory duty imposed by Govt. C. Sect. 69846 is designed to guard against the

8  type of injury suffered by Plaintiff as a result of the matters alleged in this complaint.

9      10. As a direct and proximate result of Defendant's breach of the mandatory duty

10  imposed by Govt. C. Sect. 69846, Plaintiff sustained general damages.

11      WHEREFORE, Plaintiff prays judgment against Defendant(s), and each of them, as

12  hereinafter set forth.

13  COUNT III. - <u>VICARIOUS LIABILITY</u><br>(AGAINST COUNTY OF ALAMEDA AND DOES 1-10)

14

15      11. Plaintiff realleges, refers to, and herein incorporates by reference as if set out in full

16  Paragraphs 1-10.

17      12. On or about June 13, 2007, Plaintiff was the victim of tortuous conduct perpetrated

18  by a person or persons (names unknown), which tortuous conduct consisted of crimes related to

19  public records, documents and certificates, as codified by statute, Govt. C. Sect. 6200; theft,

20  destruction, alteration and falsification of court files.

21      13. On or about June 13, 2007, and at all times pertinent to this action, the perpetrator(s)

22  (names unknown), who committed the tortuous conduct that injured Plaintiff described in

23  paragraph 12, above, was employed by Defendant in the capacity of a staff clerk(s) for the

24  Alameda County Superior Courts.

25      14. As a result of the tortuous conduct perpetrated by Defendant's employee described

26  In paragraph 12, above, Plaintiff suffered general damages.

27      15. At the time the tortuous conduct that injured Plaintiff was committed by Defendant's

28  Employee, such employee was acting within the scope of his/her employment duties and his/her

1  tortuous conduct was therefore imputable to Defendant under the doctrine of respondeat

2  superior.

3      16. At the time the tortuous conduct that injured Plaintiff was committed by Defendant's

4  employee, such employee was acting within the scope of his/her apparent authority, such that

5  Plaintiff was justified in relying on the appearance of authority respecting the employee's

6  actions. Such tortuous conduct was therefore imputable to respondeat superior.

7      17. The tortuous conduct that was committed by Defendant's employee was egregious

8  and oppressive and characterized by malice or wantonness justifying the imposition of punitive

9  damages therefore.

10      18. The imposition of punitive damages on Defendant for the egregious tortuous conduct

11  of Defendant's employee is justified on the grounds that Defendant was reckless or wanton in

12  retaining the employee who committed the tort after knowledge of the employee's proclivities

13  to engage in such conduct.

14      19. As a proximate result of the wrongful acts herein alleged, Plaintiff ha suffered

15  general damages.

16      WHEREFORE, Plaintiff prays judgment against Defendant(s), and each of them, as

17  hereinafter set forth.

18  COUNT IV. -<u>NEGLIGENCE PER SE</u><br>(AGAINST COUNTY OF ALAMEDA AND DOES 1-10)

19

20      20. Plaintiff realleges, refers to, and herein incorporates by reference as if set out in full

21  Paragraphs 1 through 19.

22      21. On or about June 13, 2007, Plaintiff was a party to a civil action filed in the Alameda

23  County Superior Courts, as a pro per litigant.

24      22. At this time and place there was in effect a statute, Govt. C. Sect. 69846- Papers and

25  Records, which provides, in relevant part that, "the clerk of the Superior Court shall safely keep

26  or dispose of according to law all papers and records filed or deposited in any action or

27  proceeding before the court." A true and correct copy of the statute is attached hereto and made a

28  part of this complaint as Exhibit C.

ATTACHMENT I for CLAIM (GOVT. C. SECT. 910) - 3

23. At this time and place, defendants and each of them were in violation of the aforestated statute in that, the case file records of Plaintiff's Alameda County Superior Court Case No. RG05226329, were removed, stolen, destroyed, altered and falsified.

24. As a proximate result of the actions of defendants, plaintiff has suffered general damages.

WHEREFORE, Plaintiff prays judgment against Defendant(s), and each of them, as hereinafter set forth.

COUNT V. -<u>ABUSE OF PROCESS</u>
(AGAINST COUNTY OF ALAMEDA AND DOES 1-10)

25. Plaintiff realleges, refers to, and herein incorporates by reference as if set out in full Paragraphs 1 through 24.

26. On or about April 30, 2007, Plaintiff filed suit in the Alameda County Superior Courts, Alameda County Superior Court Case No. RG07323466; re a temporary restraining order against an opposing litigant party, a plaintiff in Alameda County Superior Court Case No. RG07323466. Subsequent to the commencement of such action, the defendant abused the law, violating statute Gov. C. Sect. 69846, in that a case filed document, a Witness Affidavit identifying the named harasser in the Alameda County Superior Court Case No. RG07323466 and which said document was requested to be reviewed per "in-camera-inspection only ( said request for the "in-camera-inspection" was granted; the case file was not imaged for public access), was stolen from the case file of Alameda County Superior Court Case No. RG07323466, unlawfully imaged and unlawfully placed (and imaged) in another Alameda County Superior Court case file, Case No. RG05226329; the stolen and falsified document at issue, of Case No. RG05226329, was the original complaint, filed on 08/04/05, purged from the file and replaced with stolen documents from Court file of Case No. RG0507323466.

27. The defendant abused the filing and storage process of Plaintiff's Court case files/ records, in violation of statute, Govt. C. Sect. 69846, by using it for the ulterior motive or purpose of exposing a confidential affidavit, the Witness Affidavit, filed in support of a case filed in the Alameda County Superior Courts, interfering with a judicial process, creating an

ATTACHMENT I for CLAIM (GOVT. C. SECT. 910) - 4

1  interruption in Plaintiff's right of due process and causing an interference with Plaintiff's ability

2  to meet scheduled matters related to pending litigation. Such purpose was not legitimate,

3  regular, or legal in the maintenance of the Alameda County Superior Court Case File System.

4      28. Subsequent to the filing and storage process of the Court case files/records, the

5  defendant committed a willful act that was not proper in the use of such process. The act, or

6  acts, of misuse were the theft, destruction, alteration and falsification of court files/records.

7      29. As a result of the defendant's misuse of process, the Plaintiff has been harmed. The

8  Plaintiff's injuries and damages include an aggravation to a pre-existing anxiety-stress disorder,

9  pain and suffering of emotional distress.

10      30. The defendant's abuse of process was willful and wanton and committed with malice

11  and reckless disregard of the rights of the Plaintiff.

12      WHEREFORE, Plaintiff prays judgment against Defendant(s), and each of them, as

13  hereinafter set forth.

14                COUNT VI. - NEGLIGENT AND/OR INTENTIONAL INFLICTION OF
                                    EMOTIONAL DISTRESS.
15

16      31. Plaintiff realleges, refers to, and herein incorporates by reference as if set out in full

17  Paragraphs 1 through 30.

18      32. At all times herein mentioned, Plaintiff was a person diagnosed with a pre-existing

19  anxiety-stress disorder.

20      33. Because of the negligence of the defendants and as a proximate result thereof,

21  Plaintiff has sustained emotional distress and mental suffering, all of which has caused,

22  continues to cause, and will cause her physical and mental pain and suffering, all to her damage.

23      34. Plaintiff is informed and believes, and therefore alleges that she will, in the future, be

24  reasonably required to incur treatment and care of these injuries, the exact amount of which is

25  unknown at this time.

26      WHEREFORE, Plaintiff prays judgment against Defendant(s), and each of them, for pain

27  and suffering, (future) medical and incidental expenses according to proof.

28                        COUNT VII. - INJUNCTIVE RELIEF
                (AGAINST COUNTY OF ALAMEDA AND DOES 1-10)

35. plaintiff realleges, refers to, and herein incorporates by reference as if set out in full Paragraphs 1-34.

36. On or about June 13, 2007, defendants, and each of them, wrongfully and unlawfully altered and falsified the Plaintiff's Alameda County Superior Court Case files/records.

37. On or about June 21, 2007, Plaintiff notified the file records clerk, of the Alameda County Superior Courts, of a discrepancy in the court file records of Case No. RG05226329. defendants, and each of them, have not corrected the record and thus refuse to refrain from their wrongful conduct of retaining altered and falsified case file records.

38. Plaintiff's wrongful conduct, unless and until enjoined and restrained by order of this Court, will continue to cause irreparable injury to Plaintiff, as the unlawful conduct and harassment has caused Plaintiff to suffer emotional distress, mental and physical pain and suffering.

39. Plaintiff has no adequate remedy at law for the injuries currently being suffered and it will be impossible for the Plaintiff to determine the precise amount of damage she will suffer if defendant's conduct is not restrained or Plaintiff will be forced to institute a multiplicity of suits to obtain adequate compensation for her injuries.

40. As a proximate result of defendant's wrongful conduct, Plaintiff has been damaged generally. Plaintiff will be further damaged in like manner so long as defendant's conduct continues. The full amount of this damage is not known to Plaintiff at this time and Plaintiff will amend this complaint to state this amount when it becomes known to her on proof of the damages.

WHEREFORE, Plaintiff prays judgment against Defendant(s), and each of them, as hereinafter set forth.

## PRAYER

Wherefore, Plaintiff prays judgment as follows:

1.  For a temporary restraining order, a preliminary injunction, and a permanent Injunction, all enjoining defendants, and each of them, and their agents, servants, employees, And all persons acting under, in concert with, or for them from stealing, destroying, altering and/

1   or falsifying Plaintiff's Alameda County Superior Court Case Files/Records;

2       2.  For General Damages in the amount of $125,000.00;

3       3.  For Emotional Distress Damages in the amount of $125,000.00;

4       4.  For Compensatory Damages in the amount of $125,000.00;

5       5.  For Exemplary and/or Punitive Damages in an amount to compel Defendant and

6   others similarly situated to exercise greater supervision over the conduct of employees in the

7   future and to deter acquiescence or approval of similar tortuous conduct in the future;

8       6.  For Costs of suit herein incurred and;

9       7.  For such other and further relief as the Court may deem proper.

10  Dated:  August 10, 2007

11

12                                    _Jasmine L. (Benjamin) Sohal_____

13                                    Jasmine L. (Benjamin) Sohal, In Pro Per

14

15                              **VERIFICATION**

16      I, Jasmine L. (Benjamin) Sohal, am the Plaintiff in the above-entitled action. I have read

17  the foregoing complaint and know the contents thereof. The same is true of my own knowledge,

18  except as to those matters which are therein alleged on information and belief, and as to those

Attachment I -

# EXHIBIT

# A

**AFFIDAVIT re STATUS OF FILE FOR ALAMEDA COUNTY SUPERIOR COURT**

**CASE NO. RG05226329/<u>BENJAMIN v. BENJAMIN-SOHAL</u>.**

**STATE OF CALIFORNIA )**

                      **)**   **ss.**

**COUNTY OF ALAMEDA )**

      I, Jasmine L. Benjamin Sohal, a person of sound mind and under no duress, fraud, or undue influence, being first duly sworn, deposes and says:

      1. On June 21, 2007, I accessed the Domain Website for the Alameda County Superior Courts @ www.alameda.courts.ca.gov, entering the case number, RG05226329, selected case summary and then Register of Actions for the document filed on 08/04/05, "Complaint Other Real Property Filed"; reference a copy of printout of said selection, attached hereto as Exhibit **"A"**.

      2. I reviewed the Content of Images for Complaint Other Real Property Filed to state as follows:

      a. Page 1- Face Page of Complaint; caption states, "COMPLAINT FOR QUIET TITLE; DECLARATION RELIEF; IMPOSITION OF CONSTRUCTIVE TRUST; CANCELLATION OF INSTRUMENTS; AND FOR DAMAGES. (handwritten notation at top of page state, "re CH 100; item 6 For Jasmine L. Benjamin-Sohal"; reference copy of page 1, attached hereto as Exhibit **"B"**.

      b. Page 2- Domain Webservice printout for Attorney Information (compliattornetinfo.html); printed 4/30/2007. (handwritten notation at top of page states, "re: CH 100, item 6; For Jasmine L. Benjamin-Sohal); reference copy of page 2, attached hereto as Exhibit **"C"**.

      c. Page 3- Handwritten page titled, "re CH-100, item 12- "Temporary Orders" "; reference copy of page 3, attached hereto as Exhibit **"D"**.

//

//

d. Page 4- A printout of Yahoo! Mail- jasminemsohal@yahoo.com, Page 1 of 2; printed 4/29/2007. (handwritten notation at top of page states, "re CH 100, item 12 For Jasmine L. Benjamin Sohal); reference copy of page 4, attached hereto as Exhibit **"E"**.

e. Page 5- A printout of Yahoo! Mail- jasminemsohal@yahoo.com, Page 2 of 2; printed 4/29/2007. (handwritten notation at top of page states, "re CH 100, item 12 for Jasmine L. Benjamin-Sohal"); reference copy of page 5, attached hereto as Exhibit **"F"**.

**f.** Page 6- Handwritten page stating, "Witness Affidavit re: Harassment as committed by Person #2-Lou Ogle-Contact Person for Meadowlark Real Estate. PLEASE DO NOT FILE the Affidavit; In-Camera-Inspection, Only. Thank you; reference copy of page 6, attached hereto as Exhibit **"G"**.

g. Page 7- Affidavit re Witness Testimony (handwritten notation at top of page states, "re CH 100, item 6 For Jasmine L. Benjamin-Sohal") reference copy of page 7, attached hereto as Exhibit **"H"**.

h. Page 8- Affidavit cont., page 2 of above-stated. (handwritten notation at top of page states, "re CH 100, item 6 For Jasmine L. Benjamin-Sohal. Line 22- **Dated: January 12, 2007**; Line 24, signed by declarant; Line 27, **Notary Public name, Janie C. Brown**); reference copy of page 8, attached hereto as Exhibit **"I"**.

i. Page 9- Affidavit cont., page 3 of above-stated. (handwritten notation at top of page states, "re CH 100, item 6 For Jasmine L. Benjamin-Sohal". Line 11 & 12, Notary Public Seal; Line 13, **Notary Public Signature, Janie C. Brown**); reference copy of page 9, attached hereto as Exhibit **"J"**.

6. I compared the, above-stated, nine (9) page document, 5a-i, to a certified copy of the document obtained from the Clerk, File Section of Alameda County Superior Court, 1225 Fallon St, Rm. 109, Oakland; reference a copy of the certified document, "Complaint For Quiet Title", attached hereto as Exhibit **"K"**.

7. The content of the images for Complaint Other Real Property, document title, "Complaint For Quiet Title", as obtained from the Domain Website www.alameda.courts.ca.gov., were identical to the certified copy of the document, "Complaint

1    For Quiet Title",  obtained from the Clerk of the File Section for the Alameda County Superior

2    Court.

3         8. I submitted a request to the Records Division of Alameda County Superior Court,

4    1225 Fallon St., Rm 109 Oakland, to review the original case filing of Case No. RG05226329,

5    for the document filed on 08/04/05 entitled, "Complaint For Quiet Title" (titled Complaint Other

6    Real Property Filed on the Domain Website/Domain Application).

7         9. A review of the original document filed 08/04/05, entitled "Complaint For Quiet

8    Title" was the actual, original, document served on the defendants in this action; reference a

9    copy of the original document, "Complaint For Quiet Title", attached hereto as Exhibit **"L"**.

10        10. The imaged document, on the Domain Website/Domain Application, imaged as the

11    "Complaint For Quiet Title", **was not a record in the original case file.**

12        11. A "Complaint For Quiet Title", pages 1 thru 7, was a record in the (paper) case file,

13    with a signed verification by, only, one of the two plaintiffs, Jerome L. Benjamin; filed on

14    08/04/05. It is the original of the copy served on the defendants in the action; reference Exhibit

15    **"L"**.

16        12. The contents of the Domain Website imaged "Complaint for Other Real Property

17    Filed", pages 1-9, were not filed as the "Complaint For Quiet Title" of record, as the original

18    document held in the (paper) case file, and stored in the Records Division.

19        13. This fraudulently imaged document was reviewed by an eye witness, whom,

20    reviewed, both, the imaged documents, the certified copy of the document and, the original

21    document as stored in the original case file, held by the Records Division of the Alameda County

22    Superior Courts; reference the witness testimony per notarized affidavit, attached hereto as

23    Exhibit **"M"**.

24        **14.** The imaged document (pages 1-9), on Domain Website/Domain Application, are

25    pages taken from two, separate, case file attachments, filed with the Alameda County Superior

26    Court; each of the two cases were filed by Jasmine L. Benjamin-Sohal, on 04/30/07. Case No.'s

27    RG07323466, Benjamin-Sohal vs. Ogle and RF07323487, Benjamin-Sohal vs. Benjamin;

28    reference Domain WebService printouts re filed case(s), attached hereto as Exhibit **"N"**.

1    15. The attachments filed with each case, filed on 04/30/2007, re Request for Orders to

2    Stop Harassment (Alameda County Superior Court case No. RG07323466 and case No.

3    RF07323487) were never imaged, as demonstrated per Domain WebService printouts dated

4    06/25/2007 (no record of images for JAVA reader nor TIFF reader); reference copies of Domain

5    WebService printouts, attached hereto as Exhibit "O".

6    16. I filed several attachments with each case, as stated above; the attachments are

7    referenced in the text(s) of the two applications for a restraining order. Only two (2) pages of

8    attachments were filed and made available to me, per certified copy, from the Clerk of the

9    Superior Courts, records Division; re item 6 in Case No. RG07323466 (2 pgs.) and item 22 in

10    Case No. RF07323487 (2 pgs.). A certified copy of each case is attached hereto as Exhibit "P".

11    17. Each page, pages 1 thru 9, of the certified copy of the document, "Complaint For

12    Quiet Title" (Exhibit "K"), were **unlawfully removed** from two (2), separate, unrelated case

13    files. (discussed in above paragraph #16).

14    18. The original pleading, imaged as "Complaint For Quiet Title", was **purged** from the

15    records stored as scanned and imaged in the Domain Application for the Alameda County

16    Superior Courts, replaced with documents **unlawfully removed** from two (2), separate, case

17    files, Case No.'s RG07323466 and RF07323487 and, **unlawfully scanned** to represent the

18    document "Complaint For Quiet Title". (Exhibit "K").

19    19. The, **unlawfully, scanned** page number six (6) of Exhibit "K", explicitly instructs

20    the court not to scan the document. a **"Witness Affidavit re Harassment"**, to be viewed **"In-**

21    **Camera-Inspection, only"**; reference a copy of said document, page six (6) of Exhibit "K".

22    20. The purging of the original document, "Complaint For Quiet Title", the removal of

23    documents from unrelated case(s) and the unauthorized scanning of said documents, are

24    violations of the law.

25    21. The law states, pursuant to **Government Code Section 6201,**

26        "It is a **felony** to steal, destroy, mutilate, deface, alter, or falsify any court

27        document."

28

22.    To, further, support the fact the document, "Complaint For Quiet Title", pages 1 thru 9 (Exhibit "K"), are scanned images, printed and certified to (fraudulently) represent the original filed complaint, I requested a second (2nd) certified copy of the document on 07/02/2007.; a copy of which is attached hereto as Exhibit "Q".

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Dated:  July 2, 2007**


Jasmine L. Benjamin Sohal

**DECLARANT**                                    **DECLARANT SIGNATURE**


On **July 2, 2007** before me, _____HOWARD LEONG_____ NOTARY PUBLIC, personally appeared **Jasmine L. Benjamin Sohal**, provided on the basis of satisfactory evidence to be the person whose name is subscribed in the within instrument, **AFFIDAVIT re STATUS OF FILE FOR CASE NO. RG05226329**, and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, **AFFIDAVIT re STATUS OF FILE FOR CASE NO. RG05226329**, the person executed the instrument, **AFFIDAVIT re STATUS OF FILE FOR CASE NO. RG05226329.**


**WITNESS MY HAND AND OFFICIAL SEAL,**


HOWARD LEONG
COMM. #1671793
NOTARY PUBLIC · CALIFORNIA
ALAMEDA COUNTY
My Comm. Expires June 28, 2010

**NOTARY PUBLIC**

Affidavit I-

# EXHIBIT

# A

complitgeneralinfo.html

Page 1 of 1

| Case number: | RG05226329 |
|---|---|
| Title: | Benjamin VS Benjamin-Sohal |
| Case Type: | Civil |
| Complaint Type: | Other Real Property |
| Case Subtype: | General Civil |
| Filing Date: | 08/04/05 |
| Filing Location: | Rene C. Davidson Alameda County Courthouse |

Images for Complaint Other Real Property Filed <13168572>

- Page 1
- Page 2
- Page 3
- Page 4
- Page 5
- Page 6
- Page 7
- Page 8
- Page 9

# EXHIBIT
# B

Aug 04 2005 14:53    ML LAW    FC CH 100    4154571420

Item 6

for Jasmine L. Benjamin-Sohal

1  COLIN C. CLAXON, ESQ., SBN 035311
   A PROFESSIONAL CORPORATION
2  790 MISSION AVENUE
   SAN RAFAEL, CA 94901
3  PHONE NO.: (415) 485-2200
   FAX NO.:   (415) 457-1420
4

5  ATTORNEY FOR Plaintiffs
   JEROME L. BENJAMIN and
6  MEADOWLARK REAL ESTATE, LLC

**FILED**
ALAMEDA COUNTY

AUG - 4 2005

ARTHUR SIMS, Exec. Off./Clerk
By Yasmin Reddy

7

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  IN AND FOR THE COUNTY OF ALAMEDA

10                                          R G 0 5 2 2 6 3 5 9

11  JEROME L. BENJAMIN; MEADOWLARK      )   Case No.:
    REAL ESTATE, LLC, an OREGON LLC,    )
12                                      )   **COMPLAINT FOR QUIET TITLE;**
              Plaintiffs,               )   **DECLARATION RELIEF;**
13                                      )   **IMPOSITION OF CONSTRUCTIVE**
         vs.                            )   **TRUST; CANCELLATION OF**
14                                      )   **INSTRUMENTS; AND FOR**
    JASMINE L. BENJAMIN-SOHAL; JOHN L.  )   **DAMAGES**
15  BENJAMIN, JR.; CONNIE E. MYLES;     )
    JACQUELINE L. VAUGHN; THE ESTATE    )
16  OF ELIZABETH E. BENJAMIN; AND ALL   )
    PERSONS UNKNOWN, CLAIMING ANY       )                    **BY FAX**
17  LEGAL OR EQUITABLE RIGHT, TITLE,    )
    ESTATE LIEN, OR INTERESTED IN THE   )
18  PROPERTY DESCRIBED IN THE           )
    COMPLAINT ADVERSE TO PLAINTIFFS'    )
19  TITLE, OR ANY CLOUD ON PLAINTIFFS'  )
    TITLE THERETO; AND DOES 1-20,       )
20                                      )
              Defendants.               )
21                                          * Summons issued

22       Comes now Plaintiff and alleges:

23                       **PRELIMINARY ALLEGATIONS**

24       1.      Plaintiff, Meadowlark Real Estate LLC (MEADOWLARK hereafter), is a limited liability

25  company (LLC) organized under the laws of the State of Oregon and is registered to do business in the

26  State of California (#200418410174). Plaintiff, Jerome L. Benjamin (JEROME hereafter), is an

27  individual residing in Merced, California.. Both Plaintiffs' own and/or claim interests adverse to the

28  interests of the Defendants, if any, and they claim the right to exclusive possession, occupancy and use

                                          1

Complaint for Quiet Title; Declaratory Relief; Imposition of Constructive Trust; Cancellation of Instruments; and for Damages

f0523906.fil - 8/4/2005 2:45:03 PM

# EXHIBIT
# C

complitattornetinfo.html    ~~Te, CH 100, Hem 6,~~    Page 1 of 1

*(handwritten: for Jasmine C. Benjamin - Schal)*

| Attorney Name : | Claxon, Colin C. |
|---|---|
| Representing : | Jerome L. Benjamin |
| Firm Name : | A Professional Corporation |
| Address : | 790 Mission Avenue<br><br>San Rafael, CA 94901 |
| Phone : | (415) 485-2200 |
| Fax : | (415) 457-1420 |
| Email Address : | N/A |

| Attorney Name : | Operini, Edward G. |
|---|---|
| Representing : | Jerome L. Benjamin |
| Firm Name : | |
| Address : | 16820 Ivy Avenue<br><br>Fontana, CA 92335-____ |
| Phone : | (909) 822-5041 |
| Fax : | |
| Email Address : | N/A |

2 attorney(s) found.

# EXHIBIT
# D

# CONFIDENTIAL

# CONTENTS

(contents of document were _unlawfully_ scanned
for public view on Domain Website).

# EXHIBIT
# E

Case 3:08-cv-01570-MHP    Document 1    Filed 03/21/2008    Page 30 of 77

Yahoo! Mail - jasmmem_____l@yahoo.com    RE: CH 100, He 2    Page 1 of 2

For Jasmine C. Benjamin Schul

**YAHOO! MAIL**

CONFIDENTIAL

CONTENTS

(Contents of documents were unlawfully scanned
for public view on Domain Website)

# EXHIBIT
# F

for Jasmine C. Benjamin Skial

# CONFIDENTIAL

# CONTENTS

(Contents of document were <u>unlawfully</u> scanned
for public view on Domain Website)

Pg. 5

# EXHIBIT
# G

Witness [ For, Jasmine C. Benjamin - School

Affidavit re: Harassment as committed

CONFIDENTIAL CONTENT                     for

PLEASE DO NOT FILE
the Affidant;

In - Camera - Inspection, Only

Thank you.

( Contents of document were unlawfully
Scanned for public view on Domain Website)

# EXHIBIT
# H

Written
for Jasmine C. Benjamin Shad

**AFFIDAVIT  re WITNESS TESTIMONY OF**

# CONFIDENTIAL

# CONTENTS

(Contents of document were unlawfully scanned
for public view on Domain Website)

AFFIDAVIT - 1

Pg. 7

# EXHIBT
# I

CH 100 14th 6
for Jasmine C. Benjamin-Schal

# CONFIDENTIAL

# CONTENTS

(Contents of document were unlawfully
Scanned for public view on Domain Website).

26

27    On ___1, 13___, 2007 before me, ___Janis C. Brown___ Notary Public,

28    personally appeared ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ d on the basis of satisfactory evidence to be

T - 2

Pg. 8

# EXHIBIT
# J

re: CH 10D, Item 6
for Jasmine C. Benjamin - Schal

1    the person whose name is subscribed in the within instrument, **AFFIDAVIT** re **WITNESS**

2

3

4

Confidential    Content

WITNESS MY HAND AND OFFICIAL SEAL,

11    

12

13

14                                              NOTARY PUBLIC

15

16

17

18

19    (Contents of document were unlawfully

20    scanned for public view on Domain Website)

21

22

23

24

25

26

27

28

AFFIDAVIT - 3

Pg. 9

# EXHIBIT
# K

Aug 04 2005 14:53        LAW   FC. C.H 100          415  71420

Item 6

For Jasmine L. Benjamin-Sohal

1  COLIN C. CLAXON, ESQ., SBN 035311
   A PROFESSIONAL CORPORATION
2  790 MISSION AVENUE
   SAN RAFAEL, CA 94901
3  PHONE NO.: (415) 485-2200
   FAX NO.:    (415) 457-1420
4

5  ATTORNEY FOR Plaintiffs
   JEROME L. BENJAMIN and
6  MEADOWLARK REAL ESTATE, LLC

**FILED**
ALAMEDA COUNTY

AUG - 4 2005

ARTHUR SIMS, Exec. Off./Clerk
By Yasmin Reddy

7

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    IN AND FOR THE COUNTY OF ALAMEDA

10                                          R G 0 5 2 2 6 3 3 9

11  JEROME L. BENJAMIN; MEADOWLARK      )   Case No.:
    REAL ESTATE, LLC, an OREGON LLC,    )
12                                       )   **COMPLAINT FOR QUIET TITLE;**
                 Plaintiffs,             )   **DECLARATION RELIEF;**
13                                       )   **IMPOSITION OF CONSTRUCTIVE**
         vs.                             )   **TRUST; CANCELLATION OF**
14                                       )   **INSTRUMENTS; AND FOR**
    JASMINE L. BENJAMIN-SOHAL; JOHN L.   )   **DAMAGES**
15  BENJAMIN, JR.; CONNIE E. MYLES;      )
    JACQUELINE L. VAUGHN; THE ESTATE     )
16  OF ELIZABETH B. BENJAMIN; AND ALL    )
    PERSONS UNKNOWN, CLAIMING ANY        )                **BY FAX**
17  LEGAL OR EQUITABLE RIGHT, TITLE,     )
    ESTATE LIEN, OR INTERESTED IN THE    )
18  PROPERTY DESCRIBED IN THE            )
    COMPLAINT ADVERSE TO PLAINTIFFS'     )
19  TITLE, OR ANY CLOUD ON PLAINTIFFS'   )
    TITLE THERETO; AND DOES 1-20,        )
20                                       )
                 Defendants.             )
21  _____  )   * Summons issued

22       Comes now Plaintiff and alleges:

23                         **PRELIMINARY ALLEGATIONS**

24       1.       Plaintiff, Meadowlark Real Estate LLC (MEADOWLARK hereafter), is a limited liability

25  company (LLC) organized under the laws of the State of Oregon and is registered to do business in the

26  State of California (#200418410174). Plaintiff, Jerome L. Benjamin (JEROME hereafter), is an

27  individual residing in Merced, California.. Both Plaintiffs' own and/or claim interests adverse to the

28  interests of the Defendants, if any, and they claim the right to exclusive possession, occupancy and use

                                           1
Complaint for Quiet Title; Declaratory Relief; Imposition of Constructive Trust; Cancellation of Instruments; and for Damages

f0523905.1R - 8/4/2005 2:45:03 PM

The foregoing instruments are
correct copies of the original
on file in this office.

ATTEST:  JUN 2 5 2007

Executive Officer/Clerk of the Superior Court
By _____ DEPUTY

RG 05226329 

# EXHIBIT
# L

ENDORSED
FILED
ALAMEDA COUNTY

AUG - 4 2005

CLERK OF THE SUPERIOR COURT
By YASMIN REDDY Deputy

1  COLIN C. CLAXON, ESQ., SBN 035311
   A PROFESSIONAL CORPORATION
2  790 MISSION AVENUE
   SAN RAFAEL, CA 94901
3  PHONE NO.: (415) 485-2300
   FAX NO.:   (415) 457-1420
4

5  ATTORNEY FOR Plaintiff
   JEROME L. BENJAMIN and
6  MEADOWLARK REAL ESTATE, LLC

7

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  IN AND FOR THE COUNTY OF ALAMEDA

10

11 JEROME L. BENJAMIN; MEADOWLARK        )   RG05226329
   REAL ESTATE, LLC, an OREGON LLC,      )   Case No.:
12                                       )
                Plaintiffs,              )   COMPLAINT FOR QUIET TITLE;
13                                       )   DECLARATION RELIEF;
        vs.                              )   IMPOSITION OF CONSTRUCTIVE
14                                       )   TRUST; CANCELLATION OF
   JASMINE L. BENJAMIN-SOHAL; JOHN L.    )   INSTRUMENTS; AND FOR
15 BENJAMIN, JR.; CONNIE E. MYLES;       )   DAMAGES
   JACQUELINE L. VAUGHN; THE ESTATE      )
16 OF ELIZABETH E. BENJAMIN; AND ALL     )
   PERSONS UNKNOWN, CLAIMING ANY         )         BY FAX
17 LEGAL OR EQUITABLE RIGHT, TITLE,      )
   ESTATE LIEN, OR INTERESTED IN THE     )
18 PROPERTY DESCRIBED IN THE             )
   COMPLAINT ADVERSE TO PLAINTIFFS'      )
19 TITLE, OR ANY CLOUD ON PLAINTIFFS'    )
   TITLE THERETO; AND DOES 1-20,         )
20                                       )
                Defendants.              )
21                                       )

22     Comes now Plaintiff and alleges:

23                    PRELIMINARY ALLEGATIONS

24     1.     Plaintiff, Meadowlark Real Estate LLC (MEADOWLARK hereafter), is a limited liability

25 company (LLC) organized under the laws of the State of Oregon and is registered to do business in the

26 State of California (#200418410174). Plaintiff, Jerome L. Benjamin (JEROME hereafter), is an

27 individual residing in Merced, California.. Both Plaintiffs' own and/or claim interests adverse to the

28 interests of the Defendants, if any, and they claim the right to exclusive possession, occupancy and use

                                        1
Complaint for Quiet Title; Declaratory Relief; Imposition of Constructive Trust; Cancellation of Instruments; and for Damages

(TB825892.M · 6/4/2005 2:42:33 PM

# EXHIBIT
# M

**AFFIDAVIT re STATUS OF FILE FOR ALAMEDA COUNTY SUPERIOR COURT
CASE NO. RG05226329/ BENJAMIN v. BENJAMIN-SOHAL .
AS IMAGED ON DOMAIN WEBSITE www.alameda.courts.ca.gov (register of actions)
AND AS STORED IN A CASE FILE HELD IN RECORDS DIVISION OF THE
RENE C. DAVIDSON- ALAMEDA COUNTY SUPERIOR COURTHOUSE-
1225 FALLON STREET- RM. 109, OAKLAND, CA 94612**

STATE OF CALIFORNIA )
                     )      ss.
COUNTY OF ALAMEDA    )

    Eddie Wayne Owens , **DECLARANT**, a person of sound mind and under no duress, fraud, or undue influence, being first duly sworn, deposes and says:

    1. If called to testify as a witness, under penalty of perjury, regarding the status of the case file for Alameda County Superior Court Case No. RG0526329/BENJAMIN . v. BENJAMIN as imaged on Domain Website www.alameda.courts.ca.gov (register of actions) and as stored in a case file held in Records Division of the Rene C. Davidson- Alameda County Superior Courthouse- 1225 Fallon Street- Rm. 109, Oakland, CA 94612, I will testify to the facts as set forth below.

    2. On June 29TH, 2007 I was present at the Oakland Public Library- Main Branch, computer lab with Jasmine L. Benjamin-Sohal.

    3. Ms. Sohal logged onto the Domain Website, www.alameda.courts.ca.gov/case-summary for Case No. RG05226329/BENJAMIN et al. v. BENJAMIN-SOHAL et al.

    4. Ms. Sohal selected "Register of Actions"; document filed on 08/04/05- Complaint Other Real Property Filed. (pages 1 thru 9); reference copy of page printout- Exhibit "A".

    5. I reviewed the Content of Images for Complaint Other Real Property Filed to state as follows:
    a. Page 1- Face Page of complaint; caption states, "COMPLAINT FOR QUIET TITLE; DECLARATION RELIEF; IMPOSITION OF CONSTRUCTIVE TRUST; CANCELLATION OF INSTRUMENTS; AND FOR DAMAGES. (handwritten notation at top of page states, "re: CH 100; item 6 For Jasmine L. Benjamin-Sohal"; reference copy of page 1, Exhibit "B".

b.  Page 2- Domain WebService printout for Attorney Information (complitattornetinfo. html); printed 4/30/2007. (handwritten notation at top of page states, "re: CH 100, item 6; For Jasmine L. Benjamin-Sohal; reference copy of page 2, Exhibit **"C"**.

c.  Page 3- Handwritten page titled, "re CH- 100, item 12- "Temporary Orders" "; reference copy of page 3, Exhibit **"D"**.

d.  Page 4- A printout of Yahoo! Mail- jasminemsohal@yahoo.com Page 1 of 2; printed 4/29/2007. (handwritten notation at top of page states, " re: CH 100, item 12 For Jasmine Benjamin Sohal"); reference copy of page 4, Exhibit **"E"**.

e.  Page 5- A printout of Yahoo! Mail- jasminemsohal@yahoo.com Page 2 of 2; printed 4/29/2007. (handwritten notation at top of page states, "re: CH 100, item 12 for Jasmine Benjamin Sohal"); reference copy of page 5, Exhibit **"F"**.

f.  Page 6- Handwritten page stating, " Witness Affidavit re: Harassment as committed by Person #2-Lou Ogle-Contact Person for Meadowlark Real Estate. PLEASE DO NOT FILE the Affidavit; In-Camera-Inspection, Only. Thank you; reference copy of page 6, Exhibit **"G"**.

g.  Page 7- Affidavit re Witness Testimony (handwritten notation at top of page states, "re CH 100, item 6 For Jasmine l. Benjamin-Sohal"; reference copy of page 7, Exhibit **"H"**.

h.  Page 8- Affidavit cont., page 2 of above-stated. (handwritten notation at top of page re CH 100, item 6 For Jasmine L. Benjamin-Sohal. Line 22- **Dated:  January 12, 2007**; Line 24, signed by declarant; Line 27, **Notary Public name, Janie C. Brown**); reference copy of Page 8, Exhibit **"I"**.

i.  Page 9- Affidavit cont., page 3 of above-stated. (handwritten notation at top of page States, "re CH 100, item 6 For Jasmine L. Benjamin-Sohal". Line 11 & 12, Notary Public Seal; Line 13, **Notary Public Signature, Janie C. Brown.**); reference copy of page 9, Exhibit **"J"**.

6.  Ms. Sohal asked that I review a **"certified copy"** of a document titled "Complaint For Quiet Title". The content of the nine (9) page **"certified complaint"** is an exact duplicate of the Content of images for the DomainWeb document, **"Complaint Other Real Property Filed"**, **Pages 1 thru 9**, as described above, 5a-I; certification of document provided by the Clerk of the Superior Court State of California, County of Alameda. A copy of the certified document is

Attached hereto as Exhibit **"K"**.

7. I accompanied Ms. Sohal to the Rene C. Davidson Alameda County Superior Court House located @ 1225 Fallon Street- Records Division-Rm. 109, Oakland 94612.

8. Ms. Sohal logged onto the Domain Application-Register of Actions for Case No. RG05226329; reviewing the images for document filed 08/04/05-Complaint Other Real Property Filed. The images, pages 1 thru 9, were identical to those viewed on the Oakland Public Library Domain Website, www.alameda.courts.ca.gov.

9. We stepped over to the counter of the Records Division; Ms. Sohal requested to view the (paper) case file for Case No. RG05226329.

10. I, and Ms. Sohal, conducted a search for the original copy of the document, Complaint Other real Property Filed, as imaged on the Domain Website.

11. A copy of said document, Complaint For Other Real Property (titled, Complaint for Quiet Title) **was not a record in the original case file.**

12. A Complaint for Quiet Title, pages $\underline{1}$ thru $\underline{7}$, was a record in the (paper) case file, with a signed verification by plaintiff, Jerome L. Benjamin, filed 08/04/05.

13. The contents of the Domain Website imaged Complaint for Other Real Property filed, pages 1-9, were not filed as the Complaint for Quiet Title of record, in the original (paper) Case file stored in the Records Division.

14. A copy of the (paper) case file document, "Complaint for Quiet Title" (as served on the defendants in the action), is attached hereto as Exhibit **"L"**.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Dated:** June 29ᵗʰ, 2007.

EDDIE WAYNE OWENS
**DECLARANT**

×  _Eddie Owens_
**DECLARANT SIGNATURE**

On _06/29_, 2007 before me, _SOMALY TEP_ **NOTARY PUBLIC,**

1  personally appeared _EDDIE WAYNE OWENS,_ provided on the basis of satisfactory

2  evidence to be the person whose name is subscribed in the within instrument, **AFFIDAVIT**

3  **re STATUS OF FILE FOR CASE NO. RG05226329,** and acknowledged to me that he/she

4  executed the same in his/her authorized capacity, and that by his/her signature on the instrument

5  **AFFIDAVIT re STATUS OF FILE FOR CASE NO. RG05226329,** the person executed the

6  instrument, **AFFIDAVIT re STATUS OF FILE FOR CASE NO RG05226329.**

7

8      WITNESS MY HAND AND OFFICIAL SEAL,

9

10   

11

12

13                                                NOTARY PUBLIC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

complitgeneralinfo.html

| Case number: | RG05226329 |
|---|---|
| Title: | Benjamin VS Benjamin-Sohal |
| Case Type: | Civil |
| Complaint Type: | Other Real Property |
| Case Subtype: | General Civil |
| Filing Date: | 08/04/05 |
| Filing Location: | Rene C. Davidson Alameda County Courthouse |

Images for Complaint Other Real Property Filed <13168572>

- <u>Page 1</u>
- <u>Page 2</u>
- <u>Page 3</u>
- <u>Page 4</u>
- <u>Page 5</u>
- <u>Page 6</u>
- <u>Page 7</u>
- <u>Page 8</u>
- <u>Page 9</u>

# EXHIBIT
# N

| Case number: | RG07323466 |
|---|---|
| Title: | Benjamin Sohal VS Ogle |
| Case Type: | Civil |
| Complaint Type: | CH-100 Request for Orders to Stop Harassment (Civil Harassment) |
| Case Subtype: | General Civil |
| Filing Date: | 04/30/07 |
| Filing Location: | Rene C. Davidson Alameda County Courthouse |

| Case number: | RF07323487 |
|---|---|
| Title: | Benjamin-Sohal VS Benjamin |
| Case Type: | Civil |
| Complaint Type: | DV-100 Request for Order, Domestic Violence Prevention |
| Case Subtype: | Family Law |
| Filing Date: | 04/30/07 |
| Filing Location: | Rene C. Davidson Alameda County Courthouse |

# EXHIBIT
# O

re: RG07323466

| Date | Action | Image (Java) | Image (TIFF) |
|------|--------|--------------|--------------|
| 04/30/07 | Petition for Injunction Prohibiting Harassment Filed | | |
| 04/30/07 | Order to Show Cause re Harassment and Temporary Restraining Order Filed for Petitioner | | |
| 04/30/07 | Declaration Re: Notice Upon Ex Parte Application for Orders Filed | | |
| 04/30/07 | Application Re: Waiver of Court Fees and Costs Filed for Jasmine L. Benjamin Sohal | | |
| 05/01/07 | Application Re: Waiver of Court Fees and Costs As to Jasmine L. Benjamin Sohal Granted | | |
| 05/01/07 | Temporary Restraining Order (Civil Harassment) Denied | | |
| 05/01/07 | Civil Harassment 05/24/2007 02:00 PM D- 102 | | |
| 05/14/07 | Miscellaneous Petitioner's Notice of Cancelled Petition for Restraining Order Filed | | |
| 05/24/07 | Civil Harassment Commenced and Completed | | |
| 05/24/07 | Petition for Injunction Prohibiting Harassment Dismissed | | |

complitactioninfo.html

Page 1 of 1

re: RF07323487

| Date | Action | Image (Java) | Image (TIFF) |
|------|--------|--------------|--------------|
| 04/30/07 | Request for Order - Domestic Violence Prevention Filed | | |
| 04/30/07 | Temporary Restraining Order (Domestic Violence) and Notice of Hearing Filed for Jasmine L. Benjamin- | | |
| 04/30/07 | Application Re: Waiver of Court Fees and Costs Filed for Jasmine L. Benjamin-Sohal | | |
| 05/01/07 | Temporary Restraining Order (Domestic Violence) Denied | | |
| 05/01/07 | Application Re: Waiver of Court Fees and Costs As to Jasmine L. Benjamin-Sohal Granted | | |
| 05/02/07 | Domestic Violence Hearing 06/01/2007 09:00 AM D- 5 | | |
| 05/02/07 | Miscellaneous Denied TRO with hearing. Filed | | |
| 05/14/07 | Miscellaneous Petitioner's Notice of Cancelled Petition for Restraining Order Filed | | |
| 06/01/07 | Domestic Violence Hearing Commenced and Completed | | |
| 06/01/07 | Request for Order - Domestic Violence Prevention Dropped | | |

# EXHIBIT
# P

**CH-100**  **Request for Orders to Stop Harassment**

① Your name *(person asking for protection):*
Jasmine L. Benjamin - Sohal

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*

City: Oakland  State: CA  Zip: 9408

Your telephone number *(optional):* (____) _____

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):*

_____

_____

② Name of person you want protection from:

Clerk stamps

*5599698*

**FILED**
**ALAMEDA COUNTY**

APR 30 2007

CLERK OF THE SUPERIOR COURT
By _____
Deputy

Fill in court name and street address:

Superior Court of California, County of

**SUPERIOR COURT OF CALIFORNIA**
**RENE C DAVIDSON COURTHOUSE**
1225 FALLON ST., ROOM 250
OAKLAND, CA 94612

Court fills in case number when form is filed.

Case Number:
**RG07 323466**

CONFIDENTIAL

CONTENTS

(Contents of document were unlawfully scanned for public view on Domain Website).

complitschedulehearinginf... 1 re: CH 100, Hem 6.
fur: Jasmine C. Benjamin - Schal

| Date | Location | Action | Image (Java) | Image (TIFF) |
|---|---|---|---|---|
| 05/03/2007 (05/03/2007) 02:00 PM | Dept 136 | Settlement Conference | | |
| 05/25/2007 (05/25/2007) 08:45 AM | Dept 1 | Motion | | |

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instruments are true and correct
copies of the original on file in this office

ATTEST: JUN 2 5 2007

CLERK OF THE SUPERIOR COURT
By _____ Deputy

**DV-100**  **Request for Order**

① Your name (person asking for protection):
Jasmine L. Benjamin Sihal

Your address (skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):
975 62nd Street
City: Oakland    State: CA    Zip: 94608

Your telephone number (optional): _____

Your lawyer (if you have one): (Name, address, telephone number, and State Bar number):
_____
_____
_____

② Name of person you want protection from:
_____

Clerk stamp

*5599686*

**FILED**
**ALAMEDA COUNTY**

APR 3 0 2007

CLERK OF THE SUPERIOR COURT
By _____
                    Deputy

Fill in court name and street address:
Superior Court of California, County of

SUPERIOR COURT OF CALIFORNIA
RENE C DAVIDSON COURTHOUSE
1225 FALLON ST., ROOM 250
OAKLAND, CA 94612

Clerk fills in case number when form is filed.
Case Number:
**R F 07 323487**

CONFIDENTIAL

CONTENTS

(Contents of document were unlawfully
Scanned for public view on Domain Website)

The foregoing instruments are
correct copies of the original
on file in this office

ATTEST:   JUN 2 5 2007

PAT SWEETEN
Executive Officer/Clerk of the Superior Court
State of California, County of Alameda
BY_____DEPUTY





# EXHIBIT
# Q

Aug 04 2005 14:53    C LAW    FC·CH 100    4154571420    *4231482*

Item 6

For Jasmine L, Benjamin-Sohal

1    COLIN C. CLAXON, ESQ., SBN 035311
     A PROFESSIONAL CORPORATION
2    790 MISSION AVENUE
     SAN RAFAEL, CA 94901
3    PHONE NO.: (415) 485-2200
     FAX NO.:    (415) 457-1420
4

5    ATTORNEY FOR Plaintiffs
     JEROME L. BENJAMIN and
6    MEADOWLARK REAL ESTATE, LLC

**FILED**
ALAMEDA COUNTY

AUG - 4 2005

ARTHUR SIMS, Exec. Off./Clerk
By Yasmin Reddy

7

8            IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              IN AND FOR THE COUNTY OF ALAMEDA

10                             R G 0 5 2 2 6 3 5 9

11    JEROME L. BENJAMIN; MEADOWLARK         )    Case No.:
     REAL ESTATE, LLC, an OREGON LLC,       )
12                                  )    **COMPLAINT FOR QUIET TITLE;**
            Plaintiffs,             )    **DECLARATION RELIEF;**
13                                  )    **IMPOSITION OF CONSTRUCTIVE**
       vs.                        )    **TRUST; CANCELLATION OF**
14                                  )    **INSTRUMENTS; AND FOR**
     JASMINE L. BENJAMIN-SOHAL; JOHN L.    )    **DAMAGES**
15    BENJAMIN, JR.; CONNIE B. MYLES;       )
     JACQUELINE L. VAUGHN; THE ESTATE     )
16    OF ELIZABETH B. BENJAMIN; AND ALL    )
     PERSONS UNKNOWN, CLAIMING ANY      )            **BY FAX**
17    LEGAL OR EQUITABLE RIGHT, TITLE,     )
     ESTATE LIEN, OR INTERESTED IN THE     )
18    PROPERTY DESCRIBED IN THE           )
     COMPLAINT ADVERSE TO PLAINTIFFS'    )
19    TITLE, OR ANY CLOUD ON PLAINTIFFS'    )
     TITLE THERETO; AND DOES 1-20,        )
20                                  )
            Defendants.            )
21   ——————————————————————————     * Summons issued

22       Comes now Plaintiff and alleges:

23                  **PRELIMINARY ALLEGATIONS**

24       1.     Plaintiff, Meadowlark Real Estate LLC (MEADOWLARK hereafter), is a limited liability

25    company (LLC) organized under the laws of the State of Oregon and is registered to do business in the

26    State of California (#200418410174). Plaintiff, Jerome L. Benjamin (JEROME hereafter), is an

27    individual residing in Merced, California.. Both Plaintiffs' own and/or claim interests adverse to the

28    interests of the Defendants, if any, and they claim the right to exclusive possession, occupancy and use

—————————————————————————————————————————————
1
Complaint for Quiet Title; Declaratory Relief; Imposition of Constructive Trust; Cancellation of Instruments; and for Damages

f0623906.tif - 8/4/2005 2:45:33 PM

re: CH. 100, Item 6
for Jasmine (, Benjamin - Schal

the person whose name is subscribed in the within instrument, **AFFIDAVIT** re **WITNESS**

# CONFIDENTIAL

# CONTENTS

(Contents of document were _unlawfully_
Scanned for public view on Domain Website)

24
25     The foregoing instruments are
26     correct copies of the original
    on file in this office.
27     ATTEST: ... 0 2 2007
28

Executive Officer/Clerk of the Superior Court
State of California, County of Alameda
By _____ DEPUTY



AFFIDAVIT - 3

Exhibit B

**AFFIDAVIT re STATUS OF FILE FOR ALAMEDA COUNTY SUPERIOR COURT CASE NO. RG05226329/ BENJAMIN v. BENJAMIN-SOHAL .
AS IMAGED ON DOMAIN WEBSITE www.alameda.courts.ca.gov (register of actions) AND AS STORED IN A CASE FILE HELD IN RECORDS DIVISION OF THE RENE C. DAVIDSON- ALAMEDA COUNTY SUPERIOR COURTHOUSE-
1225 FALLON STREET- RM. 109, OAKLAND, CA 94612**

STATE OF CALIFORNIA )
                 )   ss.
COUNTY OF ALAMEDA )

    Eddie Wayne Owens , **DECLARANT**, a person of sound mind and under no duress, fraud, or undue influence, being first duly sworn, deposes and says:

    1.  If called to testify as a witness, under penalty of perjury, regarding the status of the case file for Alameda County Superior Court Case No. RG0526329/BENJAMIN . v. BENJAMIN as imaged on Domain Website www.alameda.courts.ca.gov (register of actions) and as stored in a case file held in Records Division of the Rene C. Davidson- Alameda County Superior Courthouse- 1225 Fallon Street- Rm. 109, Oakland, CA 94612, I will testify to the facts as set forth below.

    2.  On June 29ᵀᴴ, 2007 I was present at the Oakland Public Library- Main Branch, computer lab with Jasmine L. Benjamin-Sohal.

    3.  Ms. Sohal logged onto the Domain Website, www.alameda.courts.ca.gov/case-summary for Case No. RG05226329/BENJAMIN et al. v. BENJAMIN-SOHAL et al.

    4.  Ms. Sohal selected "Register of Actions"; document filed on 08/04/05- Complaint Other Real Property Filed. (pages 1 thru 9); reference copy of page printout- Exhibit **"A"**.

    5.  I reviewed the Content of Images for Complaint Other Real Property Filed to state as follows:
    a.  Page 1- Face Page of complaint; caption states, "COMPLAINT FOR QUIET TITLE; DECLARATION RELIEF; IMPOSITION OF CONSTRUCTIVE TRUST; CANCELLATION OF INSTRUMENTS; AND FOR DAMAGES. (handwritten notation at top of page states, "re:  CH 100; item 6 For Jasmine L. Benjamin-Sohal"; reference copy of page 1, Exhibit **"B"**.

b.  Page 2- Domain WebService printout for Attorney Information (complitattornetinfo. html); printed 4/30/2007. (handwritten notation at top of page states, "re: CH 100, item 6; For Jasmine L. Benjamin-Sohal; reference copy of page 2, Exhibit **"C"**.

c.  Page 3- Handwritten page titled, "re CH- 100, item 12- "Temporary Orders" "; reference copy of page 3, Exhibit **"D"**.

d.  Page 4- A printout of Yahoo! Mail- jasminemsohal@yahoo.com Page 1 of 2; printed 4/29/2007. (handwritten notation at top of page states, " re: CH 100, item 12 For Jasmine Benjamin Sohal"); reference copy of page 4, Exhibit **"E"**.

e.  Page 5- A printout of Yahoo! Mail- jasminemsohal@yahoo.com Page 2 of 2; printed 4/29/2007. (handwritten notation at top of page states, "re:  CH 100, item 12 for Jasmine Benjamin Sohal"); reference copy of page 5, Exhibit **"F"**.

f.  Page 6- Handwritten page stating, " Witness Affidavit re: Harassment as committed by Person #2-Lou Ogle-Contact Person for Meadowlark Real Estate. PLEASE DO NOT FILE the Affidavit; In-Camera-Inspection, Only. Thank you; reference copy of page 6, Exhibit **"G"**.

g.  Page 7- Affidavit re Witness Testimony (handwritten notation at top of page states, "re CH 100, item 6 For Jasmine l. Benjamin-Sohal"; reference copy of page 7, Exhibit **"H"**.

h.  Page 8- Affidavit cont., page 2 of above-stated. (handwritten notation at top of page re CH 100, item 6 For Jasmine L. Benjamin-Sohal. Line 22- **Dated:  January 12, 2007**; Line 24, signed by declarant; Line 27, **Notary Public name, Janie C. Brown**); reference copy of Page 8, Exhibit **"I"**.

i.  Page 9- Affidavit cont., page 3 of above-stated. (handwritten notation at top of page States, "re CH 100, item 6 For Jasmine L. Benjamin-Sohal". Line 11 & 12, Notary Public Seal; Line 13, **Notary Public Signature, Janie C. Brown.**); reference copy of page 9, Exhibit **"J"**.

6.  Ms. Sohal asked that I review a **"certified copy"** of a document titled "Complaint For Quiet Title". The content of the nine (9) page **"certified complaint"** is an exact duplicate of the Content of images for the DomainWeb document, **"Complaint Other Real Property Filed"**, **Pages 1 thru 9**, as described above, 5a-I; certification of document provided by the Clerk of the Superior Court State of California, County of Alameda. A copy of the certified document is

Attached hereto as Exhibit **"K"**.

    7.  I accompanied Ms. Sohal to the Rene C. Davidson Alameda County Superior Court House located @ 1225 Fallon Street- Records Division-Rm. 109, Oakland 94612.

    8.  Ms. Sohal logged onto the Domain Application-Register of Actions for Case No. RG05226329; reviewing the images for document filed 08/04/05-Complaint Other Real Property Filed. The images, pages 1 thru 9, were identical to those viewed on the Oakland Public Library Domain Website, www.alameda.courts.ca.gov.

    9.  We stepped over to the counter of the Records Division; Ms. Sohal requested to view the (paper) case file for Case No. RG05226329.

    10. I, and Ms. Sohal, conducted a search for the original copy of the document, Complaint Other real Property Filed, as imaged on the Domain Website.

    11. A copy of said document, Complaint For Other Real Property (titled, Complaint for Quiet Title) **was not a record in the original case file.**

    12. A Complaint for Quiet Title, pages $\underline{1}$ thru $\underline{7}$, was a record in the (paper) case file, with a signed verification by plaintiff, Jerome L. Benjamin, filed 08/04/05.

    13. The contents of the Domain Website imaged Complaint for Other Real Property filed, pages 1-9, were not filed as the Complaint for Quiet Title of record, in the original (paper) Case file stored in the Records Division.

    14. A copy of the (paper) case file document, "Complaint for Quiet Title" (as served on the defendants in the action), is attached hereto as Exhibit **"L"**.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Dated: June 29th, 2007.

EDDIE WAYNE OWENS        × _Eddie Owens_
**DECLARANT**                                   **DECLARANT SIGNATURE**

On _06/ 29_ , 2007 before me, _SOMALY TEP_ **NOTARY PUBLIC,**

1  personally appeared _EDDIE  WAYNE  OWENS_, provided on the basis of satisfactory

2  evidence to be the person whose name is subscribed in the within instrument, **AFFIDAVIT**

3  **re STATUS OF FILE FOR CASE NO. RG05226329,** and acknowledged to me that he/she

4  executed the same in his/her authorized capacity, and that by his/her signature on the instrument

5  **AFFIDAVIT re STATUS OF FILE FOR CASE NO. RG05226329,** the person executed the

6  instrument, **AFFIDAVIT re STATUS OF FILE FOR CASE NO RG05226329.**

7

8          WITNESS MY HAND AND OFFICIAL SEAL,

9

10
11  
12

13                                                    NOTARY PUBLIC

14

complitgeneralinfo.html

| | |
|---|---|
| **Case number:** | RG05226329 |
| **Title:** | Benjamin VS Benjamin-Sohal |
| **Case Type:** | Civil |
| **Complaint Type:** | Other Real Property |
| **Case Subtype:** | General Civil |
| **Filing Date:** | 08/04/05 |
| **Filing Location:** | Rene C. Davidson Alameda County Courthouse |

Images for Complaint Other Real Property Filed <13168572>

- <u>Page 1</u>
- <u>Page 2</u>
- <u>Page 3</u>
- <u>Page 4</u>
- <u>Page 5</u>
- <u>Page 6</u>
- <u>Page 7</u>
- <u>Page 8</u>
- <u>Page 9</u>

Exhibit C

**THE SUPERIOR COURTS**
Ch. 5

**§ 69846**

### Cross References

Destruction of court records by trial court clerk, see Government Code §§ 68152, 68153.
Judicial council, rules for microphotographic, mechanical or electronic entry, storage and retrieval
of court records, see Government Code § 68511.2.
Photographic copies as evidence, see Evidence Code § 1551.

### Library References

California Practice Guide: Civil Procedure
Before Trial, Weil & Brown, see Guide's
Table of Statutes for chapter paragraph

number references to paragraphs discuss-
ing this section.

## § 69845.6.  Register of actions; suspension of maintenance; Placer County pilot project

As a three-year pilot project, the Placer County Board of Supervisors may direct the clerk of the Superior Court in Placer County to suspend the maintenance of a register of actions from January 1, 1981, to January 1, 1984. After January 1, 1984, the clerk of the Superior Court in Placer County shall keep a register of actions pursuant to Section 69845 or 69845.5, unless a statute enacted prior to January 1, 1984, extends such pilot project.

(Added by Stats.1980, c. 168, p. 373, § 2.)

### Library References

Clerks of Courts ☜70.
WESTLAW Topic No. 79.
C.J.S. Courts §§ 253, 257.

## § 69846.  Papers and records

The clerk of the superior court shall safely keep or dispose of according to law all papers and records filed or deposited in any action or proceeding before the court.

(Added by Stats.1953, c. 206, p. 1261, § 1.)

### Historical and Statutory Notes

Derivation: C.C.P. former § 78.1, added by
Stats.1851, c. 655, p. 1841, § 11.

### Cross References

Admissibility in evidence of reproduced records, see Evidence Code §§ 1550, 1551.
Loss and restoration of records, see Code of Civil Procedure § 1953 et seq.
Proof of records,
Depositions or exhibits in civil actions, see Code of Civil Procedure § 1952.
Justice court, see Government Code § 68152 et seq.
Municipal court, criminal proceedings, see Government Code § 68152.
Reporter's notes, see Government Code § 69955.
Superior court, see Government Code §§ 68152, 68153.
Transcripts, see Government Code § 68089.
Will, records defined, see Code of Civil Procedure § 1904.
Penalty for theft, falsification or destruction of public records, see Government Code §§ 6200,

Reporter, safekeeping and destruction, see Government Code § 69955.

71

Exhibit D



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

**GOVERNMENT CLAIMS PROGRAM**
400 R Street, 5th Floor ♦ Sacramento, California 95814
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95814
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

Jasmine L Sohal
975 62nd St
Oakland, CA 94608

September 21, 2007

RE: Claim G569637 for Jasmine (Benjamin) L Sohal

Dear Jasmine Sohal,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on August 23, 2007.

We have reviewed your claim and determined that the VCGCB has no jurisdiction to consider the claim for the following reason(s):

The Victim Compensation and Government Claims Board has no jurisdiction over the Superior Court or Superior Court Judges.

The Victim Compensation and Government Claims Board has no jurisdiction over the Alameda County Superior Courts.

I

The VCGCB will take no further action on your claim. If you have questions about this matter, please mention letter reference 47 and claim number G569637 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

Ltr 47 No Jurisdiction