E-filing

FILED
MAR 21 2008
[stamp partially illegible]
...KING
...COURT
...CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jasmine L. Benjamin-Sohal
    Plaintiff,

vs.

California Superior Court, County
of Alameda et al.
    Defendant.

CASE NO. C08-01570

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Jasmine L. (Benjamin) Sohal, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes ___    No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 1 -

1  wages per month which you received.
2  Bananas - Independent Child Care Provider
3  Gross - $727.38    /5232 Claremont Ave.
4                      Oakland CA 94618
5  2.   Have you received, within the past twelve (12) months, any money from any of the following
6  sources:
7       a.   Business, Profession or             Yes ✓  No ___
8            (self employment)
9       b.   Income from stocks, bonds,          Yes ___ No X
10           or royalties?
11      c.   Rent payments?                      Yes ___ No X
12      d.   Pensions, annuities, or             Yes ___ No X
13           life insurance payments?
14      e.   Federal or State welfare payments,  Yes ___ No X
15           Social Security or other govern-
16           ment source?
17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19  Pre-Paid Legal Services Inc. /Associate Independant
20  822.00
21  3.   Are you married?                        Yes ___ No X
22  Spouse's Full Name: _____N/A_____
23  Spouse's Place of Employment: _____N/A_____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $____N/A_____ Net $_____
26  4.   a.   List amount you contribute to your spouse's support:$ __N/A__
27       b.   List the persons other than your spouse who are dependent upon you for support and
28            indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                    - 2 -

1     list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

2     None

3 

4  5. Do you own or are you buying a home? Yes ___ No X

5  Estimated Market Value: $ N/A Amount of Mortgage: $ _____

6  6. Do you own an automobile? Yes ___ No X

7  Make No Year N/A Model N/A

8  Is it financed? Yes N/A No ___ If so, Total due: $ _____

9  Monthly Payment: $ N/A

10  7. Do you have a bank account? Yes X No ___ (Do not include account numbers.)

11  Name(s) and address(es) of bank: U.S. Bank

12  344 Thomas L. Berkley Way, CA 94612

13  Present balance(s): $ .60

14  Do you own any cash? Yes ___ No X Amount: $ _____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16  value.) Yes ___ No X

17 

18  8. What are your monthly expenses? (osidy property)

19  Rent: $ N/A (residing from property) Utilities: $80.00

20  Food: $ 150.00 Clothing: 50.00

21  Charge Accounts:

22  Name of Account  Monthly Payment  Total Owed on This Account

23  None  $ N/A  $ N/A

24  _____  $ _____  $ _____

25  _____  $ _____  $ _____

26  9. Do you have any other debts? (List current obligations, indicating amounts and to whom they

27  are payable. Do not include account numbers.)

28     No.

APP. TO PROC. IN FORMA

PAUPERIS, Case No. _____   - 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in other
3  lawsuits?   Yes ___  No ✗
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5  they were filed.
6                                                         N/A
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9  statement herein may result in the dismissal of my claims.
10
11  March 20, 2008                         Jasmine L. (Buynhm.) Jahal
12       DATE                                    SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                     - 4 -