UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JASMINE L. (BENJAMIN) SOHAL,

    Plaintiff,

v.

CALIFORNIA SUPERIOR COURT, et al.,.

    Defendants.

Case No. C08-1570 EMC

### DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 23, 2008

Signature: Jasmine L. (Benjamin) Sohal

Counsel for Plaintiff, "Pro Se"
(Name of party or indicate "pro se")