United States District Court
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8   JASMINE L. SOHAL et al,                      No. C 08-01570 MHP
9              Plaintiff(s),                      **CLERK'S NOTICE**
                                                  **(Scheduling Case Management Conference**
10     v.                                         **in Reassigned Case)**
11  CALIFORNIA SUPERIOR COURT et al,
12             Defendant(s).
                                          /
13
14        This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

15  hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, July**

16  **7, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the conference.

17  Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement

18  on all defendants, and shall also serve a copy of this notice on all defendants.

19
20                                             Richard W. Wieking
                                               Clerk, U.S. District Court
21
22
23  Dated:  May 2, 2008                        Anthony Bowser, Deputy Clerk to the
                                               Honorable Marilyn Hall Patel
24                                                  (415) 522-3140
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JASMINE L. SOHAL et al,

             Plaintiff,

  v.

CALIFORNIA SUPERIOR COURT et al,

             Defendant.

_____/

Case Number: CV08-01570 MHP

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jacqueline L. Vaughn
975 62nd Street
Oakland, CA 94608

Jasmine L. (Benjamin) Sohal
975 62nd Street
Oakland, CA 94608

Dated: May 2, 2008

                          Richard W. Wieking, Clerk
                          By: Anthony Bowser, Deputy Clerk